### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### PARKERSBURG DIVISION

JAMES A. COMUZIE,

        Plaintiff,

v.                                                                             CIVIL ACTION NO.  6:07-cv-00644

MICHAEL J. ASTRUE
Commissioner of Social Security,

        Defendant.

### ORDER

      This action was referred to the Honorable Judge Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and has recommended that the court **AFFIRM** the final decision of the Commissioner and **DISMISS** this matter from the court's docket.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

      The failure to object to a magistrate judge's report may be deemed a waiver of appeal of the substance of the report and the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.  *See Camby v. Davis,* 718 F.2d 198, 200 (4th Cir. 1983);  *Campbell v. United States D. Ct. N.D. Cal.,* 501 F.2d 196, 206 (9th Cir. 1974).  The court has reviewed the Magistrate Judge's findings of fact and recommendations and finds no clear error on the face of the record.  Therefore, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge [Docket 16] and orders judgment consistent with the

findings and recommendations. The court **AFFIRMS** the final decision of the Commissioner, **DISMISSES** this action from the docket, and **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:      March 9, 2009

                Joseph R. Goodwin, Chief Judge